No. 77–423. BERRY ET AL., JUDGES v. JUDICIARY COMMISSION OF LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 77–426. IN RE WULIGER. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 77–465. KETCHUM ET AL. v. GREEN ET AL. C. A. 3d Cir. Certiorari denied.

No. 77–507. BRUNO v. KALMICH. C. A. 7th Cir. Certiorari denied.

No. 77–511. BENEKY v. WATERFRONT COMMISSION OF NEW YORK HARBOR. Ct. App. N. Y. Certiorari denied.

No. 77–5020. BIAS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 77–5022. PAUL v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 77–5036. SCHOLLE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 77–5049. WALLACE v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 77–5057. JACKSON v. JAGO, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 77–5112. GIBSON v. MISSOURI. Ct. App. Mo., Kansas City Dist. Certiorari denied.

No. 77–5140. HUDSON v. NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.